UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BOWMAN,  # 238591,           )
                                   )
       Petitioner,                )    Case No. 1:04-cv-256
                                   )
v.                                 )    Honorable Robert Holmes Bell
                                   )
PAUL RENICO,                       )
                                   )    **JUDGMENT**
       Respondent.                )
_____)

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that petitioner's objections to the magistrate judge's report and recommendation (docket # 25) are overruled, the report and recommendation (docket # 24) is ADOPTED as the court's opinion, and the petition for habeas corpus relief be is hereby DENIED.


Date:   November 10, 2005            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE